**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  JUL 26 2005  ★
P.M.
TIME A.M.

UNITED STATES DISTRICT COURT
EASTERN DISTRICK OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SHELIA COOPER,

INDEX #: CV-03-4737 (KAM)

Plaintiff,

*STIPULATION OF DISCONTINUANCE*

TEAM FLEET FINANCING CORP., BUDGET RENT
A CAR SYSTEMS, INC., RYDER TRS, INC.
NAVISTAR LEASING CO. and STEVEN
CAMPBELL,

**DOCKET & FILE**

Defendants,
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservative and no person not to a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, without costs to any party as against the other.  This stipulation may be filed with the Clerk of the Court without further notice.

This Stipulation may be signed in counterparts.

Dated:   Brooklyn, New York
         June 11th, 2005

_____          _____
KOENIGSBERG & ASSOCIATES, P.C.          MORRIS, DUFFY, ALONSO & FALEY, LLP
Attorneys for Plaintiffs                Attorneys for Defendants
1213 Avenue U                           170 Broadway
Brooklyn, New York 11229                New York, New York 10038
( 718 ) 336-2003                        ( 212 ) 766-1888

So Ordered:
s/KAM
Kiyo A. Matsumoto
U.S. Magistrate Judge
July 25, 2005